GAFFNEY et ux. v. INTERNATIONAL MERCANTILE MARINE CO. (Circuit Court, E. D. Pennsylvania. July 12, 1905.) No. 22. Overruling Motion for a New Trial. Joseph H. Brinton, for plaintiff. Charles Biddle, for defendant.

HOLLAND, District Judge. In this case 13 reasons for a new trial are filed, and counsel for the defendant has submitted a very elaborate brief in support of these reasons. I have examined the argument and cases cited with considerable care, but I am not convinced that there was any error in the charge of the court when the case was tried. The law applicable to the facts in the case was correctly stated in the charge of the court, and it was fairly submitted to the jury upon evidence which fully warranted the finding. The motion for a new trial is therefore overruled.

---

McGUIGAN v. HENNESY. (Circuit Court, S. D. New York. June 9, 1905.) Albert A. Wray, for plaintiff. Frederick E. Fishel, for defendant.

WALLACE, Circuit Judge. I have carefully considered the brief of counsel for the plaintiff, and have reconsidered the correctness of my ruling upon the trial directing a verdict for the defendant. I am satisfied that the direction was correct, and that upon the case presented to the jury the plaintiff was not entitled to recover. Judgment is accordingly ordered for the defendant, pursuant to the verdict of the jury.

---

McKINNEY v. ATLANTIC CITY R. CO. (Circuit Court, E. D. Pennsylvania. June 12, 1905.) No. 51. Granting a New Trial. Samuel A. Boyle and Rothermel & Clement, for plaintiff. Gavin W. Hart, for defendant.

HOLLAND, District Judge. The fifth reason for a new trial, among others, is as follows: "The learned court erred in declining to charge as requested by defendant in its first point, to wit: 'There is no evidence that the train that caused the accident was the property of or in control of defendant or its servants, and your verdict must be for the defendant.'" Upon a review of the evidence, I find no proof at all on this point; nor is there any evidence to show that the railroad upon which this accident occurred is under the defendant's management. As defendant's counsel insists that proof of these facts is material in this case, a new trial should be granted; and it is so ordered.

---

THOMAS WILSON & CO. v. UNITED STATES. (Circuit Court, S. D. New York. February 23, 1905.) No. 3,720. On Application for Review of a Decision of the Board of United States General Appraisers. W. Wickham Smith, for plaintiffs. Henry A. Wise, Asst. U. S. Atty.

WHEELER, District Judge. Upon the findings of the Board, in view of the protests, decision affirmed.